UNITED STATES DISTRICT COURT

For the District of North Dakota

---

Lucas Williams

                Plaintiff                Index No.

   v.

Sergio Jimenez, Kevin C. McClanahan,        Jury Trial Demanded

Carmen Pacheco, Dawn Hill-Kearse,

Wavny Toussaint                          Complaint

               Defendants

---

1. Upon information and belief, Defendants conspired with individuals in LT-325749-22/KI, in which the next court appearance is scheduled for 2/4/26 before Defendant Sergio Jimenez,

2. All defendants conspired together in violation of due process,

3. This Court has jurisdiction under federal law.

PRAYER FOR RELIEF

Plaintiff demands sum of money to be decided by jury against all Defendants for compensatory damages and punitive damages estimated over $500,000.

VERIFICATION

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

Executed on: 12/29/25